JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARK B. ,[1]

                Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,
                Defendant.

Case No. 2:26-cv-00908-RAO

**JUDGMENT**

In accordance with the Court's Order Granting Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405g  filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **REVERSED** and judgment is entered in favor of Plaintiff.

DATED: May 5, 2026

                    /s/

           ROZELLA A. OLIVER
           UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.